UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENISE JACKSON MARTIN** | **CIVIL ACTION** |
| **VERSUS** | |
| **SCOTTSDALE INSURANCE COMPANY** | **NO. 23-00373-BAJ-RLB** |

## JUDGMENT

Considering the **Joint Motion To Dismiss With Prejudice (Doc. 15)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 19th day of December, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

JURY